**Order entered November 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01376-CV

## IN RE BRET DAVID FOREMAN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-51023-2014**

# ORDER
Before Justices Francis, Myers, and Schenck

Based on the Court's opinion of this date, we **DENY** relator Bret David Foreman's petition for writ of habeas corpus. We **GRANT** the motion for withdrawal of counsel filed by relator's attorney, Vale Krenik. We **ORDER** relator to bear the costs of this original proceeding.

/s/    MOLLY FRANCIS
       JUSTICE